CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __HATTIESBURG__

COUNTY: __LAMAR__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___YES _X_ NO

MATTER TO BE SEALED: ___YES _X_ NO

NAME/ALIAS: __GLENN DOYLE BEACH, JR.__

**U.S. ATTORNEY INFORMATION:**

AUSA __MARY HELEN WALL__    MSBAR # __100857__

INTERPRETER: _X_ NO ___ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __2__    ___PETTY ___MISDEMEANOR __2__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 18:1349.F | 18 U.S.C. § 1349 | Healthcare Fraud | 1 |
| Set 2 18:371.F | 18 U.S.C. § 371 | Healthcare Fraud | 2 |

Date: 3-25-19    **SIGNATURE OF AUSA:** _Mary Helen Wall_

Revised 2/26/2010