IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO.: 2:19-cr-00014-KS-MTP

GLENN DOYLE BEACH, JR.

## ORDER

The joint motion for presentence payment toward restitution is granted. Pursuant to 18 U.S.C. §§ 3663A-3664, the United States Government and the United States Probation Office submit that restitution owed to the victims in this case will be in excess of fifty-million dollars.

The Defendant Glenn Doyle Beach, Jr. is ordered to submit payment by cashier's check or money order payable to the Clerk of the Court with case number 2:19-cr-00014-KS-MTP noted on each payment mailed to: Clerk, U.S. District Court, 501 E. Court St., Suite 2.500, Jackson, Mississippi 39201.

Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of the defendant until time of sentencing. Further, pursuant to 28 U.S.C. § 2042, upon the entry of a criminal judgment, the Clerk of Court is to withdraw and apply the deposited funds to the criminal financial obligations imposed against the defendant.

SO ORDERED this the ___5th___ day of June, 2019.

                                                               ___s/Keith Starrett_____
                                                               HONORABLE KEITH STARRETT
                                                               UNITED STATES DISTRICT JUDGE