IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 2:19-CR-14-KS-MTP

**GLENN DOYLE BEACH, JR.**

## ORDER

The Court **grants in part and denies in part** Defendant's Motion [38] for access to the Government's sealed reply memorandum in support of its Motion to Disqualify [28], but Defendant is free to re-urge this motion at the hearing scheduled for September 10, 2019.

The Government shall provide Defendant and his counsel, Arthur F. Jernigan, Jr., a redacted copy of the reply memorandum, redacting only the two sentences summarizing the FBI interview report, as proposed in the Government's response. Neither Defendant nor his counsel may disseminate the reply or otherwise communicate its contents to any other person.

SO ORDERED AND ADJUDGED this 5th day of September, 2019.

                                                /s/    Keith Starrett
                                                KEITH STARRETT
                                                UNITED STATES DISTRICT JUDGE