IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19-cr-14-KS-MTP

GLENN DOYLE BEACH, JR.

## FINAL ORDER OF FORFEITURE

Before this Court is the United States of America's Motion (ECF No. 54) for a Final Order of Forfeiture. Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

The Court entered Agreed Preliminary Order of Forfeiture on Glenn Doyle Beach, Jr. (ECF No. 10), forfeiting the following **"Subject Property"** to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(7), and 28 U.S.C. § 2461(c):

| Criminal Forfeiture Identifier | Identifier from parallel Civil Case *United States v. Real Property Located at 19 Crane Park*, 3:16-cv-27 | Asset Description |
|---|---|---|
| A1 | A-019 | $67,257.24 seized from The First account number 15001365, an account in the name of Total Care Marketing, LLC. |
| A2 | A-017 | $1,567,980.07 seized from Citizens National Bank account number 101773786, an account in the name of Advantage Pharmacy, LLC. |
| A3 | A-056 | $504,951.72 seized from Priority One Bank (Priority) account number 282814, an account in the name of Advantage Medical Infusion, LLC, doing business as AMI Rx. |
| A4 | A-054 | $3,277.47 seized from Regions account number 7511465051, an account in the name of Glenn Doyle Beach or T.B., with authorized signers Glenn Doyle Beach and T.B. |
| A5 | A-048 | $59,935.47 seized from The First account number 15002538, an account in the name of Bone Forest, LLC. |

| | | |
|---|---|---|
| A6 | A-053 | $37,507.72 seized from Regions account number 196479361, an account in the name of Glenn Doyle Beach or T.B., with authorized signers Glenn Doyle Beach and T.B. |
| A7 | A-057 | $500.00 seized from Priority account number 283283, an account in the name of Development Industries Inc., with authorized signer Glenn Doyle Beach. |
| A8 | A-026 | $24,425.11 seized from Regions account number 166088585, an account in the name of TLC RX, LLC, with authorized signer T.B. |
| A9 | A-029 | $2,953,435.80 seized from Priority account number 286328, an account in the name of IPMSI Holdings, LLC Series E, with authorized signer Glenn Doyle Beach. |
| A10 | A-030 | $342,755.98 seized from Priority account number 283176, an account in the name of N&P Farms, LLC, with authorized signer Glenn Doyle Beach. |
| A11 | A-031 | $64,745.86 seized from WFB account number 1763836960, an account in the name of Intellectual Property Management Services (IPMSI), LLC, with authorized signers J.M., Hope E. Thomley, and W.W. |
| A12 | A-095 | $301,613.10 seized from Brinker 676337448, an account in the name of TLC RX, LLC Retirement Plan, with authorized signer T.B. |
| A13 | A-096 | $247,805.47 seized from Brinker 676337079, an account in the name of TLC RX, LLC Retirement Plan, with authorized signer Glenn Doyle Beach. |
| A14 | A-032 | $415,717.75 seized from 1st Source account number X6883, an account in the name of Intellectual Property Management Services, LLC, with authorized signer S.M. |
| B1 | B-023 | 2014 Audi Q7, VIN WA1DGAFE0ED016621, Tag MS LMF 363, with all attachments thereon, registered to Glenn Doyle Beach. |
| B2 | B-024 | 2013 Jeep Wrangler, VIN 1C4HJWEG8DL579557, Tag MS IMI 620, with all attachments thereon, registered to Glenn Doyle Beach, Jr. |
| B3 | B-025 | 2012 Dodge Ram 2500, VIN 3C6UD5PL0CG199450 with all attachments thereon, registered to Glenn Doyle Beach doing business as N&P Farms, LLC. |
| C1 | C-045 | Parcel 164-20-042.000 (Hwy. 44), Parcel 165-21-020.000 (Foster Rd.), Parcel 165-22-007.000 (JD Hatten Rd.), Parcel 165-22-023.000 (Foster Rd.), and Parcel 168-28-001.000 (Foster Rd.), Lamar County, MS, titled to Bone Forest LLC. |
| | | Legally described as:<br><br>20 acres, more or less, being in the West ½ of the NE ¼ of the NW ¼ of Section 22, Township 5 North, Range 16 West, |

Lamar County, Mississippi;

AND ALSO Beginning at a pine knot grader blade and x-tie fence corner found on the SE corner of the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi; thence North 00º03'47" West a distance of 1318.96 feet to an iron pin and fence corner; thence North 89º14'48" East a distance of 1322.71 feet to a pine knot; thence South 00º31'29" East a distance of 1339.83 feet to a x-tie fence corner; thence North 89º51'11" West a distance of 1333.42 feet back to the Point of Beginning; containing 40.53 acres, more or less, and being in the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi;

AND ALSO Beginning at a pine knot grader blade and x-tie fence corner found on the SE corner of the NW ¼ of the SW ¼ of Section 22, Township 5 North, Range 16 West, Lamar County, Mississippi, said point being the Point of Beginning; thence South 00º06'35" West a distance of 1323.44 feet to a pine knot and grader blade; thence South 00º32'30" East a distance of 1313.73 feet to an iron pin; thence South 89º52'45" West a distance of 1300.00 feet to a pine knot and grader blade; thence North 00º32'49" West a distance of 1319.42 feet; thence South 89º36'58" West a distance of 1309.55 feet to an iron pin; thence North 00º12'29" East a distance of 1313.39 feet to an iron pin and t-post; thence South 89º22'10" West a distance of 1304.76 feet to a t-post; thence North 00º03'12" West a distance of 1302.47 feet to a found pine knot; thence North 89º16'27" West a distance of 1962.77 feet to an iron pin; thence North 00º11'04" East a distance of 1330.31 feet to an iron pin; thence North 89º23'51" East a distance of 3216.25 feet to a x-tie fence corner; thence South 01º01'49" East a distance of 2014.89 feet to an iron pin; thence North 89º28'13" East a distance of 1297.83 feet to an iron pin; thence North 00º32'49" West a distance of 659.80 feet to a nail in the center of Foster Road and the point of curve of a non-tangent curve to the left, of which the radius point lies North 86º28'08" East a radial distance of 458.08 feet; thence along the center of said road South along the arc having a chord direction of South 15º57'59" East a chord distance of 197.29 feet, through a central angle of 24º52'15" a distance of 198.84 feet; thence continuing along said road South 28º24'06" East a distance of 989.43 feet to the point of curve of a non-tangent curve to

| | | |
|---|---|---|
| | | the left, of which the radius point lies North 60º00'04" East a radial distance of 867.12 feet; thence continuing along said road SE along the arc having a chord direction of South 41º29'45" East a chord distance of 345.66 feet, through a central angle of 22º59'37", a distance of 347.99 feet to a railroad spike; thence leaving said road run North 89º57'03" East a distance of 573.99 feet back to the Point of Beginning; containing 287.01 acres, more or less, and located in the NE ¼ of the NE ¼ of Section 28; the SE ¼ and the NE ¼ of the SW ¼ and the South ½ of the NW ¼ of Section 21; and the East ½ of SE ¼ of the NE ¼ of Section 20; all in Township 5 North, Range 16 West, Lamar County, Mississippi; together with all improvements thereon and appurtenances thereunto belonging. |
| C2 | C-047 | 123 Higgins Rd. Sumrall, Lamar County, MS, titled to Glenn Doyle Beach Jr. and T.B. |
| | | Real property located at 123 Higgins Road, Sumrall, Lamar County, Mississippi, more particularly described as:<br><br>Parcel No. 162-03-022.001<br><br>This is to certify that I have surveyed the part and parcel of property located in the Northwest ¼ of the Southwest 1/4, Section 3, T-5-N, R-16-W, Lamar County, Mississippi being more particularly described as follows:<br><br>Commence at a found pine knot at the Southwest corner of the Northwest ¼ of the Southwest 1/4 , Section 3, Township 5 North, Range 16 West, Lamar County, Mississippi and run S89º53'27" E 485.34 feet to a set ½" rebar and the point of beginning; from said point of beginning run N07º10'04"W 245.61 feet to a set ½" rebar; thence run N70º28'04" E 180.04 feet to a set ½" rebar; thence run N40º43'09" E 91.63 feet to a set ½ " rebar; thence run S83º23'10" E 95.90 feet to a found ½" rebar; thence run on and along a curve that curves to the left and has a radius of 214.44 feet, a central angle of 43º50'36" for 164.09 feet, a long chord of N71º01'38" E for 160.12 feet to a found ½" rebar on the Western right of way line of Higgins Road; thence run S30º52'18" E 91.36 feet along said right of way line to a found ½" rebar; thence run on and along a curve that curves to the left and has a radius of 1125.87 feet, a central angle of 16º22'21" for 321.72 feet, a long chord of S36º14'44" E for 320.63 feet to a found ½" rebar on the Western right of way line of Higgins Road; thence run S43º26'36" E for 108.41 feet along said right of |

|  |  | way line to a found 1/2" rebar on the Western right of way line of Higgins Road; thence leaving said right of way line run N89º53'27" W 756.52 feet, back to the point of beginning, said parcel contains 4.88 acres, more or less; all together with all improvements thereon and appurtenances thereunto belonging. |
|---|---|---|

The United States of America published notice via the internet at www.forfeiture.gov including notice of this forfeiture and of the intent of the United States of America to dispose of the **Subject Property** in accordance with the law and as specified in the Agreed Preliminary Order. Proof of Pub., Mot. for a Final Order of Forfeiture, Ex. A, ECF No. 54-1. The United States asserts that attempt was made to send direct notice of forfeiture to all known potential claimants by certified mail, which advised them of their right to petition the Court thirty (30) days from either receipt of notice or the last day of publication for a hearing to adjudicate the validity of their alleged legal interest in the **Subject Property**. Proof of Service, Mot. for a Final Order of Forfeiture, Ex. B, ECF No. 54-2. No one filed a claim to any of the assets and the deadline for doing so has expired.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Defendant Glenn Doyle Beach, Jr. had an interest in the **Subject Property** that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(7), and 28 U.S.C. § 2461(c).

2. Final forfeiture judgment against the **Subject Property** is hereby entered pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(7), and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest to the **Subject Property** is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction

in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this __17th__ day of __March__, 2020.

    ____s/Keith Starrett_____
    KEITH STARRETT
    UNITED STATES DISTRICT JUDGE